UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GCIU - Employer Retirement Fund, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. 4:06CV00254 AGF ) |
| THE PUBLICATION PRINTING COMPANY, a Missouri corporation, | ) ) ) ) |
| Defendant. | ) |

**ORDER**

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon Defendant **THE PUBLICATION PRINTING COMPANY, a Missouri corporation**, on **March 1, 2006**, showing service on **February 23, 2006**.

**IT IS HEREBY ORDERED** that Plaintiffs shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 22nd day of March, 2006.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE