UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GCIU - Employer Retirement Fund, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 4:06CV00254 AGF ) |
| THE PUBLICATION PRINTING COMPANY, a Missouri corporation, | ) ) ) |
| Defendant. | ) |

## ORDER

This case was randomly assigned to the undersigned United States Magistrate Judge in accordance with the Civil Justice Expense and Delay Reduction Plan in effect for the United States District Court for the Eastern District of Missouri.

**THE PUBLICATION PRINTING COMPANY, a Missouri corporation**, has not filed a responsive pleading to the complaint or a consent to jurisdiction by a Magistrate Judge. On **April 6, 2006**, the Clerk of the Court entered an order of default.

**ACCORDINGLY, IT IS HEREBY REQUESTED** that the Clerk of the Court randomly reassign this case to a United States District Judge for entry of a default judgment, and for further proceedings.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated April 7, 2006.